JS-6 / ENTER

FILED
FEB 10 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TYRUS MCNAIR,<br><br>  Petitioner,<br><br>  v.<br><br>LINDA SANDERS, WARDEN,<br><br>  Respondent. | Case No.  CV 09-7898-PSG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 2/8/10

_____
Philip S. Gutierrez
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY